OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

(570) 207-5600 FAX (570) 207-5650
WWW.PAMD.USCOURTS.GOV

PETER J. WELSH
CLERK OF COURT

DIVISIONAL OFFICES:

HARRISBURG:
(717) 221-3920

WILLIAMSPORT:
(570) 323-6380

(***Electronically Filed***)

November 9, 2022

The Honorable Christopher C. Conner
United States District Judge
United States District Court, Middle District of Pennsylvania
228 Walnut Street, P.O. Box 847
Harrisburg, PA 17108-0847

**Re: McKelvie v. Clements, Civil No. 1: 22-CV-884 (Conner, J.)**

Dear Judge Conner:

The matter is settled. Thank you for appointing me to serve as mediator in this case.

Sincerely,

*s/ Joseph A. Barrett*
Joseph A. Barrett