**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

BETH MCKELVIE,

Plaintiff,

v.

CALVIN C. CLEMENTS and CARLA J. CLEMENTS d/b/a PALMYRA ANIMAL CLINIC,

Defendants.

Case No. 1:22-cv-00884-CCC

# STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Beth McKelvie and Defendants Calvin C. Clements and Carla J. Clements, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that this action shall be DISMISSED with prejudice as between Plaintiff and Defendants.

Dated: February 16, 2023

Respectfully submitted,

*/s/ R. Bruce Carlson*
R. Bruce Carlson
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com
(724) 730-1753

Nicholas Colella
James M. LaMarca
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: 412-322-9243
nickc@lcllp.com
james@lcllp.com

*Attorney for Plaintiff*

*/s/ Richard B. Druby*
Richard B. Druby
Megan C. Huff
**Nestico Druby, PC**
1135 East Chocolate Avenue
Suite 300
Hershey, PA 17033
717-533-5406
rdruby@hersheypalaw.com
mhuff@hersheypalaw.com

*Attorney for Defendants*